I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ALL COUNSEL Petition (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 9/15/09

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
SEP 15 2009
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ERNESTO GARCIA,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>LINDA SANDERS, Warden,<br><br>　　　　　Respondent. | Case No. CV 09-4188-ODW (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a *de novo* determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　　IT THEREFORE IS ORDERED that (1) Respondent's Motion to Dismiss is granted; and (2) Judgment be entered dismissing this action without prejudice.

DATED: September 10, 2009

　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE