I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petition
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 9/15/09

DEPUTY CLERK

JS6 - Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP 15 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ERNESTO GARCIA,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>LINDA SANDERS, Warden,<br><br>　　　　　Respondent. | Case No. CV 09-4188-ODW (RNB)<br><br>**J U D G M E N T** |

　　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　　IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: September 10, 2009

　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 15 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY